# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. MELIA,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 14-cv-03793-PJH<br><br>**ORDER** |

Plaintiff having filed a timely response to the order to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), the court hereby discharges the February 23, 2015, order to show cause.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge